# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Action No.  11-cv-02109-LTB-BNB

KENT CRAFT,

        Plaintiff,

v.

THE REGIONAL ADJUSTMENT BUREAU, INC., a Tennessee corporation,

        Defendant.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 9 - filed November 22, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

        BY THE COURT:

        s/Lewis T. Babcock
        Lewis T. Babcock, Judge

DATED:  November 23, 2011